IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

RONALD LEE CRAIG,

    Plaintiff,

v.

ALVIE KIGHT; BOBBY RAY SMITH; and TOOMBS COUNTY DETENTION CENTER,

    Defendants.

CIVIL ACTION NO.: CV612-080

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Defendants Alvie Kight and the Toombs County Detention Center are **DISMISSED**. Plaintiff's claim against Defendant Smith for denial of access to courts is **DISMISSED**. Additionally, Plaintiff's requests for the dismissal of Defendant Smith and criminal charges against Smith for violation of Plaintiff's constitutional rights are **DISMISSED**. Plaintiff's requests for an Order precluding him from being housed in or having legal proceedings take place in Toombs County and for change of venue are also **DISMISSED**. Plaintiff's claims against Defendant Smith for deliberate indifference and for denial of due process remain pending.

**SO ORDERED**, this 19th day of Nov, 2012.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)