UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| RONALD LEE CRAIG, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BOBBY RAY SMITH, )<br>)<br>Defendant. )<br>) | **6:12-cv-80** |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation, ECF No. 29, to which an objection has been filed. ECF No. 31. After a de novo review of the record, and after carefully considering Plaintiff's objections, the Court concurs with the Report and Recommendation, which is ***ADOPTED*** as the opinion of the Court. Defendant's motion for summary judgment is ***GRANTED***. Plaintiff's claims are ***DISMISSED***.

The 25 day of November, 2013

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA