UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| RONALD LEE CRAIG, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BOBBY RAY SMITH, ) <br> ) <br> Defendant. ) <br> ) | 6:12-cv-80 |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation, ECF No. 29, to which an objection has been filed. ECF No. 31. After a de novo review of the record, and after carefully considering Plaintiff's objections, the Court concurs with the Report and Recommendation, which is *ADOPTED* as the opinion of the Court. Defendant's motion for summary judgment is *GRANTED*. Plaintiff's claims are *DISMISSED*.

This 26 day of November, 2013

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA